**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ELISA POOLE, et al.,

    Plaintiffs,

v.                                                            CV No. 19-634 JB/CG

RUSSELL CELLULAR, INC.

    Defendant.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

**THIS MATTER** came before the Court on a Rule 16 initial scheduling conference and following a review of the parties' *Joint Status Report and Provisional Discovery Plan*, (Doc. 16), filed September 9, 2019. The Court adopts the *Joint Status Report and Provisional Discovery Plan* as modified by the dates designated in the Court's *Scheduling Order*, (Doc. 20).

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE