IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ELISA POOLE and PATRICIA DELUNA,

        Plaintiffs,

vs.                                              No. CIV 19-0634 JB\CG

RUSSELL CELLULAR, INC.,

        Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the parties' Stipulation of Dismissal with Prejudice, filed February 3, 2020 (Doc. 46)("Stipulation").  In the Stipulation, the parties "stipulate that Plaintiffs' Amended Petition be dismissed in its entirety with prejudice, with the parties to bear their own fees and costs."  Stipulation at 1.  With no more claims, issues, or parties before the Court, the Court dismisses this case with prejudice and enters Final Judgment.

**IT IS ORDERED** that: (i) the Plaintiff's First Amended Complaint, filed August 26, 2019 (Doc. 10), is dismissed with prejudice; and (ii) Final Judgment is entered.

                                                                                 _____
                                                                                 UNITED STATES DISTRICT JUDGE

*Counsel*:

Josh Borsellino
Borsellino, P.C.
Fort Worth, Texas

       *Attorney for the Plaintiffs*

- 2 -

Daniel K. Wooten
Kirsten E. Poppen
Neale & Newman, L.L.P.
Springfield, Missouri

--and--

Jeffrey L. Lowry
Rodey, Dickason, Sloan, Akin & Robb, P.A.
Albuquerque, New Mexico

    *Attorneys for the Defendant*